IN THE MATTER OF THE APPLICATION OF TRAVERSE A. SPRAGGINS FOR REINSTATEMENT TO THE BAR, OR FOR PERMISSION TO TAKE THE BAR EXAMINATION.

Argued October 2, 1928—Decided March 28, 1929.

Before Justices TRENCHARD, KALISCH and LLOYD.

For the petitioner, *Eugene R. Hayne.*

PER CURIAM.

The petitioner's name was stricken from the roll of attorneys in March, 1915.

He now applies for reinstatement to the bar or for permission to take the examination for admission to the bar.

We have examined carefully the matters which have been laid before us, with the result that we conclude that such application must be denied, and it is denied accordingly.